# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINH NGHIA LEE,<br><br>　　　　　　　　Petitioner,<br><br>　　v.<br><br>FERNANDO A. GONZALEZ, Warden,<br><br>　　　　　　　　Respondent. | Case No. SACV 10-0343-SJO (JEM)<br><br>**JUDGMENT** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus in this action is denied and this action is dismissed with prejudice.

DATED: December 14, 2011

　　　　　　　　　　　　　　　　　　/s/ S. James Otero
　　　　　　　　　　　　　　　　　　S. JAMES OTERO
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE